

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00608-CR

Kevin Johnson,
Appellant

v.

The State of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0685
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. We order the brief due January 4, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court